**Order entered October 1, 2019**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-19-00935-CR
No. 05-19-00936-CR

**CHRISTIN LEE GORBY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 283rd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F19-00375-T & F18-29750-T**

## ORDER

Before the Court is appellant's September 27, 2019 motion "Providing Notice of Applicability" of appellate rule 35.2(b), asking the Court to give the court reporter the time set out in that rule to file the reporter's record. Specifically, appellant states he filed (and the clerk's record contains a copy of) a timely motion for new trial filed on August 21, 2019, which would make the reporter's record due by November 25, 2019. *See* TEX. R. APP. P. 4.1, 35.2(b).

We **GRANT** appellant's motion to the extent we **DIRECT** the Clerk of the Court to correct the due date on the Texas Appellate Management and eFiling System (TAMES) for the reporter's record to November 25, 2019. *See* TEX. R. APP. P. 4.1, 35.2(b).

/s/    LANA MYERS
       JUSTICE